UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 2:08-CR-00288-PMP-PAL |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| CALWAY WILLIAM CAULEY, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

      **IT IS ORDERED** that, in compliance with the Memorandum decision of the United States Court of Appeals for the Ninth Circuit (Doc. #367) entered June 21, 2012, Plaintiff United States shall, not later than **July 16, 2012** submit to the Court for consideration a proposed order for a mandatory criminal forfeiture equal to the total amount of the loans obtained by the conspiracy of conviction in this case.

DATED: July 3, 2012.

_____
PHILIP M. PRO
United States District Judge