KEVIN R. STOLWORTHY, ESQ.
Nevada Bar No. 2798
CONOR P. FLYNN, ESQ.
Nevada Bar No. 11569
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone:  702.678.5070
Facsimile:  702.878.9995
kstolworthy@armstrongteasdale.com
cflynn@armstrongteasdale.com
ATTORNEYS FOR DEFENDANT/
LADON McCLELLAN

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LADON McCLELLAN,<br><br>Defendant. | Case No. 2:08-CR-288-PMP-RJJ<br><br>**ORDER GRANTING MOTION TO FILE DEFENDANT'S PETITION FOR A WRIT OF CORAM NOBIS UNDER SEAL**<br><br>**(FILED UNDER SEAL)** |

Having come before the Court, it is ORDERED, ADJUDGED, and DECREED that

Defendant Ladon McClellan's MOTION TO FILE DEFENDANT'S PETITION FOR A WRIT OF

CORAM NOBIS UNDER SEAL, including accompanying Exhibits A-E, [docket #_ 379 ____] is

hereby GRANTED.

_____
UNITED STATES DISTRICT JUDGE

DATED:_ August 14, 2012. _____