| | |
|---|---|
| 1 | DANIEL G. BOGDEN |
| | United States Attorney |
| 2 | ADAM M. FLAKE |
| | Assistant United States Attorney |
| 3 | 333 Las Vegas Blvd. South |
| | Suite 5000 |
| 4 | Las Vegas, Nevada 89101 |
| | (702) 388-6336 |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:08-cr-288-PMP-RJJ |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | GOVERNMENT'S UNOPPOSED |
| | ) | REQUEST FOR EXTENSION OF TIME TO |
| LADON McCLELLAN, | ) | FILE RESPONSE TO PETITION FOR WRIT |
| | ) | OF CORAM NOBIS |
| Defendant. | ) | |

The United States of America, by and through Daniel G. Bogden, United States Attorney, and Adam M. Flake, Assistant United States Attorney, respectfully requests that this Court enter an order allowing the Government until October 11, 2012, to respond to Defendant Ladon McClellan's petition for writ of coram nobis. This request is based on the following:

1. On August 14, 2012, this Court ordered the Government to file a response to McClellan's petition for writ of coram nobis by September 11, 2012.

2. The undersigned needs more time to become familiar with the record in this case and to research the legal issues McClellan's petition raises in order to properly formulate a response, and therefore requests a 30-day extension.

3. On September 5, 2012, the undersigned spoke with McClellan's counsel, Conor Flynn, who stated that he has no opposition to this request.

4. The undersigned avows that this extension is not sought for purposes of delay and anticipates that the Government's response will be filed with in the additional time requested in this motion.

5. McClellan is not in custody.

**DATED**: this 5th day of September 2012.

        Respectfully submitted,

        DANIEL G. BOGDEN
        United States Attorney

        /s/ Adam M. Flake
        ADAM M. FLAKE
        Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:08-cr-288-PMP-RJJ |
| Plaintiff, | |
| vs. | GOVERNMENT'S UNOPPOSED REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR WRIT OF CORAM NOBIS |
| LADON McCLELLAN, | |
| Defendant. | |

Based on the pending application of the Government, and good cause appearing,

**IT IS THEREFORE ORDERED** that the that the Government's response to Defendant's petition for writ of coram nobis is due October 11, 2012.

**DATED:** this _7th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE