# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LADON MCCLELLAN, ) <br> ) <br> Defendant. ) | 2:08-cr-288-PMP-RJJ <br><br> ORDER GRANTING SECOND EXTENSION OF TIME TO RESPOND TO PETITION FOR WRIT OF ERROR CORAM NOBIS |

Based on the pending application of the Government, and good cause appearing,

**IT IS THEREFORE ORDERED** that the that the Government's response to Defendant's petition for writ of coram nobis is due November 11, 2012.

**DATED:** this _ 22nd day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE