KEVIN R. STOLWORTHY, ESQ.
Nevada Bar No. 2798
CONOR P. FLYNN, ESQ.
Nevada Bar No. 11569
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: 702.678.5070
Facsimile: 702.878.9995
kstolworthy@armstrongteasdale.com
cflynn@armstrongteasdale.com
ATTORNEYS FOR DEFENDANT/
LADON McCLELLAN

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LADON McCLELLAN,<br><br>　　　　Defendant. | Case No. 2:08-CR-288-PMP-RJJ<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE STIPULATION TO AMEND THE AMENDED JUDGMENT UNDER SEAL** |

　　Having come before the Court, it is ORDERED, ADJUDGED, and DECREED that Defendant Ladon McClellan's MOTION FOR LEAVE TO FILE STIPULATION TO AMEND THE AMENDED JUDGMENT UNDER SEAL is hereby GRANTED.

　　IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: December 5, 2012

1